The final case on our argument calendar. Robert Williams, Sr. v. State of California. Okay. Defendant, Sir Masuchita. Well, that's it, huh? San Gabriel Pomona Regional Center in Calabasas. Good morning, Your Honors. My name is Leo James Turrell. I'm the appellate attorney for Robert Williams, Robin Philonese, and the Williams Pain Care Center. Your Honor, I believe, short of any question that you may have, I believe my briefs are well written. And basically, I would like to just reserve five minutes of ready rebuttal unless the court has any questions. Let me rebuttal to the questions or issues raised by my colleagues. All right. Did you appear before me when I was a district court judge? Yes, I did, Your Honor. I do remember.  Nice to see you again. Thank you, Your Honor. Good recollection. So what are you going to rebut? Good morning, Your Honors. My name is Jeffrey Whittington, and I'm with the law firm of Kauffman, Borges, and Ryan. And I represent San Gabriel Pomona Regional Center, Mr. R. Keith Penman, Ms. Claudia Hemingway, Ms. Adrienne Picazo, and Ms. Lucina Galarza. I mean, why are you arguing? He just didn't, he went below. I said it on the briefs. Then I will have nothing further to say, Your Honor. Didn't you hear him say that? I did hear him just barely, Your Honor, but my understanding was that he wanted to reserve any rebuttal time. Yeah, if he's got anything to rebut. If you don't say anything, there's nothing to rebut. That's a fair point, Your Honor. Then I will withdraw. Okay, thank you. Best argument I've heard all day. Thank you, Your Honor. All right, this matter is submitted, and the court will recess until 9 o'clock tomorrow morning. Thank you very much.
judges: Pregerson, Wardlaw, Tallman